IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

SUN & FUN MEDIA, LLC., A FLORIDA
LIMITED LIABILITY COMPANY F/K/A
CENTRAL FLORIDA SUN & FUN, INC.,

     Appellant,

 v.                                Case No.  5D21-2324
                                      LT Case No. 2021-CA-000326

JIMMY VINEYARD,

     Appellee.
_____/

Decision filed January 10, 2023

Nonfinal Appeal from the Circuit Court
for Seminole County,
Christopher Sprysenski, Judge.

Ronald D. Edwards, Jr. and Crystal
E. Buit, of Lowndes, Drosdick, Doster,
Kantor & Reed, P.A., Orlando, for
Appellant.

Jeffrey S. Hammer, of Jill S. Schwartz
& Associates, P.A., Winter Park, for
Appellee.

PER CURIAM.

    AFFIRMED.

EVANDER, EISNAUGLE and HARRIS, JJ., concur.